IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:09-cr-262-JCM-GWF |
| Plaintiff, ) | |
| ) | **ORDER TEMPORARILY UNSEALING** |
| vs. ) | **TRANSCRIPT** |
| ALFONSO RIVERA-AVALOS (1), ) | |
| Defendant. ) | |

On June 16, 2014, Katherine Eismann, Official Court Transcriber, received a Transcript Order from Alina M. Shell, counsel for defendant, requesting a transcript of the sealed hearing October 26, 2009, in the above-entitled matter.

**IT IS THE ORDER OF THE COURT** that the sealed hearing shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Alina M. Shell.

**IT IS FURTHER ORDERED** that the sealed hearing shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 73(b) and remain sealed until further order of the Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

**DATED** June 25, 2014.

_____
JAMES C. MAHAN
United States District Court Judge